To: united states of New York western district of New York.

All cases that were filed that are still pending are being to be terminated on the basis of Starpoint Central school district on the case of Genco Verses Starpoint in this cases they are requested not to be served in and way by Us. Marshals and are to be destroyed by this court. They are all connected and are all part of the cases.

The cases are listed below and were part of the cases GencoV Starpoint Central school district board education.

Benedict GencoV Charlotte M. Genco and Russell B. Genco 18-CV440.

Benedict Genco V Erie County Medical Center. Mental Heigene legal services. Magervern Magavern and Grimm. Ricotta and visco and county of Erie. 18-cv- 441.

Benedict Genco Plaintiff V County Of Niagara. This should also be destroyed.18-cv-442.

Benedict Genco V. Michael P Santa Maria phd.18-cv443

Benedict Genco V Melinda 18-cv444.

Benedict GencoV. Nova Health adminastrators 18-cv-445

All cases listed are requested to be discarded by the Us. District court

Thank You

Benedict R. Genco

*Benk R. Genco* (signature)

05-23-19

R Genco
4000 crescent d
NT NY 14120

Clerk US District court
United states court Hous-
Buffalo NY 14202-3498
Attn clerks office

1420289998